EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

LAWRENCE L. TONG
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 10 2002

at __ o'clock and __ min __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR 02-00127 SOM |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | 18 U.S.C. § 2252 |
| | ) | [Sexual Exploitation of |
| GEORGE J. MELVIN, JR. | ) | Children] |
| | ) | |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about March 14, 2002, in the District of Hawaii and elsewhere, GEORGE J. MELVIN, JR. did knowingly receive, by computer, visual depictions which had been shipped and transported in interstate and foreign commerce, with said GEORGE J. MELVIN, JR. knowing that such visual depictions involved the

use of minors engaged in sexually explicit conduct, and that such visual depictions were of such conduct.

In violation of Title 18, United States Code, section 2252(a)(2).

## COUNT 2

The Grand Jury further charges:

On or about March 15, 2002, in the District of Hawaii, GEORGE J. MELVIN, JR. did knowingly possess matters which contained visual depictions of minors engaged in sexually explicit conduct, namely, computer graphic files, with GEORGE J. MELVIN, JR. knowing that said files contained visual depictions which involved the use of minors engaged in sexually explicit conduct, and which depictions were of such conduct, and which depictions had been transported in interstate and foreign commerce, and had been produced using materials which had been shipped and transported in interstate and foreign commerce.

\\\
\\\
\\\
\\\
\\\
\\\
\\\

In violation of Title 18, United States Code, section 2252(a)(4).

DATED: Honolulu, Hawaii, April 10, 2002.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
LAWRENCE L. TONG
Assistant U.S. Attorney

<u>United States v. George J. Melvin, Jr.</u>
"Indictment"
Cr. No. _____